**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

F I L E D
MAR 17 2008
Mar 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** United States of America ex rel. CORY ROBINSON | **Defendant(s):** NEDRA CHANDLER, etc., et al. |
| **County of Residence:** LEE | **County of Residence:** |
| **Plaintiff's Address:**<br>Cory Robinson<br>B-14923<br>Dixon - DIX<br>P.O. Box 1200<br>Dixon, IL 61021 | **Defendant's Attorney:**<br>Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV1558
JUDGE GOTTSCHALL
MAGISTRATE JUDGE NOLAN

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes   [✓] No

**Signature:** *Q. E. Woodham*   **Date:** 03/17/2008