**FILED**
MAR 17 2008
Mar 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Cory Robinson
_____
Plaintiff

v.

Nedra Chandler, Warden
_____
Defendant(s)

08CV1558
JUDGE GOTTSCHALL
MAGISTRATE JUDGE NOLAN

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Cory Robinson__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # __B14923__   Name of prison or jail: __Dixon Correctional Center__
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: __$28.80__

2. Are you currently employed?   ☒Yes   ☐No
   Monthly salary or wages: __$28.80__
   Name and address of employer: __Dixon Correctional Center, 2600 N. Brinton Ave., Dixon, Illinois 61021__

   a. If the answer is "No":
      Date of last employment: __N/A__
      Monthly salary or wages: __N/A__
      Name and address of last employer: __N/A__

   b. Are you married?   ☒Yes   ☐No
      Spouse's monthly salary or wages: __None__
      Name and address of employer: __Unemployed__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes   ☒No
      Amount_____ Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment         ☐Yes         ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends         ☐Yes         ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
         ☐Yes         ☒No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances         ☐Yes         ☒No
Amount_____ Received by_____

f. ☐Any other sources (state source:_____)         ☐Yes         ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?         ☐Yes         ☒No         Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?         ☐Yes         ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?         ☐Yes         ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
         ☐Yes         ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 2-07-08

Signature of Applicant

Cory Robinson
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, **Cory Robinson**, I.D.# **B14923**, has the sum of $ **11.53** on account to his/her credit at (name of institution) **Dixon Correctional Center**.

I further certify that the applicant has the following securities to his/her credit: **unknown**. I further certify that during the past six months the applicant's average monthly deposit was $ **see attached**.

(Add all deposits from all sources and then divide by number of months).

2/7/08
DATE

Nedra Chandler (sw)
SIGNATURE OF AUTHORIZED OFFICER

**Nedra Chandler**
(Print name)

rev. 10/10/2007

Date: 2/7/2008  
Time: 10:34am  
d_list_inmate_trans_statement_composite

**Dixon Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 08/07/2007 thru End;  Inmate: B14923;  Active Status Only ? : No;  Print Restrictions ? : Yes; Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: B14923 Robinson, Cory**              **Housing Unit: DIX-SE-61-03**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.89 |
| 08/07/07 | Mail Room | 10 Western Union - Not Held | 219200 | 2273088012 | ALLEN, PAMELA | 25.00 | 25.89 |
| 08/09/07 | Point of Sale | 60 Commissary | 221747 | 542462 | Commissary | -25.20 | .69 |
| 08/15/07 | Mail Room | 01 MO/Checks (Not Held) | 227228 | R200260658642 | Robinson, Denise | 50.00 | 50.69 |
| 08/16/07 | Payroll | 20 Payroll Adjustment | 228115 | | P/R month of 07/2007 | 10.00 | 60.69 |
| 08/21/07 | Mail Room | 01 MO/Checks (Not Held) | 233228 | 427902570 | Amcore Bank | 150.00 | 210.69 |
| 08/22/07 | Disbursements | 80 Postage | 234315 | Chk #75604 | 808002885, DOC: 523 Fund Inmat, Inv. Date: 07/27/2007 | -.41 | 210.28 |
| 08/22/07 | Disbursements | 80 Postage | 234315 | Chk #75604 | 80805059, DOC: 523 Fund Inmate, Inv. Date: 08/16/2007 | -.41 | 209.87 |
| 08/24/07 | Point of Sale | 60 Commissary | 236724 | 544385 | Commissary | -128.21 | 81.66 |
| 09/10/07 | Point of Sale | 60 Commissary | 253724 | 545571 | Commissary | -75.87 | 5.79 |
| 09/13/07 | Mail Room | 01 MO/Checks (Not Held) | 256228 | R200324653750 | Robinson, Denise | 50.00 | 55.79 |
| 09/13/07 | Mail Room | 01 MO/Checks (Not Held) | 256228 | R200324653749 | Robinson, Denise | 25.00 | 80.79 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257115 | | P/R month of 08/2007 | 25.36 | 106.15 |
| 09/18/07 | Disbursements | 80 Postage | 261315 | Chk #76073 | 80807058, DOC: 523 Fund Inmate, Inv. Date: 09/04/2007 | -2.06 | 104.09 |
| 09/21/07 | Point of Sale | 60 Commissary | 264747 | 547455 | Commissary | -78.92 | 25.17 |
| 09/25/07 | Disbursements | 88 Subscription Renewal | 268315 | Chk #76238 | 88809646, Smooth, Inv. Date: 09/25/2007 | -24.95 | .22 |
| 10/02/07 | Mail Room | 01 MO/Checks (Not Held) | 275228 | 427902625 | Amcore Bank | 75.00 | 75.22 |
| 10/04/07 | Point of Sale | 60 Commissary | 277732 | 548907 | Commissary | -74.32 | .90 |
| 10/15/07 | Mail Room | 01 MO/Checks (Not Held) | 288228 | 10797719051 | Robinson, Denise | 25.00 | 25.90 |
| 10/16/07 | Mail Room | 01 MO/Checks (Not Held) | 289228 | 10797715394 | Robinson, Denise | 50.00 | 75.90 |
| 10/17/07 | Payroll | 20 Payroll Adjustment | 290115 | | P/R month of 09/2007 | 28.80 | 104.70 |
| 10/24/07 | Disbursements | 88 Renew Subscription | 297315 | Chk #76697 | 88812406, Lowrider, Inv. Date: 10/23/2007 | -35.00 | 69.70 |
| 10/24/07 | Disbursements | 88 Renew Subscription | 297315 | Chk #76698 | 88812407, Truckin', Inv. Date: 10/23/2007 | -36.00 | 33.70 |
| 10/25/07 | Mail Room | 01 MO/Checks (Not Held) | 298228 | 11636974034 | Robinson, Denise | 50.00 | 83.70 |
| 10/26/07 | Point of Sale | 60 Commissary | 299747 | 550815 | Commissary | -78.76 | 4.94 |
| 11/02/07 | Mail Room | 01 MO/Checks (Not Held) | 306228 | 427902676 | Amcore Bank | 50.00 | 54.94 |
| 11/09/07 | Mail Room | 01 MO/Checks (Not Held) | 313228 | R200359049605 | Robinson, Denise | 50.00 | 104.94 |
| 11/09/07 | Point of Sale | 60 Commissary | 313726 | 552421 | Commissary | -92.26 | 12.68 |
| 11/13/07 | Payroll | 20 Payroll Adjustment | 317115 | | P/R month of 10/2007 | 28.80 | 41.48 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80812406, DOC: 523 Fund Inmate, Inv. Date: 10/23/2007 | -.41 | 41.07 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80813611, DOC: 523 Fund Inmate, Inv. Date: 11/05/2007 | -.82 | 40.25 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80812920, DOC: 523 Fund Inmate, Inv. Date: 10/29/2007 | -.41 | 39.84 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80812407, DOC: 523 Fund Inmate, Inv. Date: 10/23/2007 | -.41 | 39.43 |
| 11/16/07 | Disbursements | 84 Library | 320315 | Chk #77013 | 84812801, DOC: 523 Fund Inmate, Inv. Date: 10/29/2007 | -3.00 | 36.43 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80814318, DOC: 523 Fund Inmate, Inv. Date: 11/13/2007 | -.82 | 35.61 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80814620, DOC: 523 Fund Inmate, Inv. Date: 11/14/2007 | -.41 | 35.20 |
| 11/21/07 | Mail Room | 01 MO/Checks (Not Held) | 325230 | 11636975114 | Robinson, Denise | 50.00 | 85.20 |
| 11/21/07 | Point of Sale | 60 Commissary | 325726 | 554231 | Commissary | -82.25 | 2.95 |
| 11/21/07 | Point of Sale | 60 Commissary | 325726 | 554232 | Commissary | -1.32 | 1.63 |
| 11/21/07 | Point of Sale | 60 Commissary | 325726 | 554235 | Commissary | -.51 | 1.12 |
| 12/10/07 | Mail Room | 01 MO/Checks (Not Held) | 344228 | 4686981 | Robinson, Denise | 50.00 | 51.12 |

| Date: | 2/7/2008 | | | | | | Page 2 |
|---|---|---|---|---|---|---|---|
| Time: | 10:34am | | | **Dixon Correctional Center** | | | |
| d_list_inmate_trans_statement_composite | | | | **Trust Fund** | | | |
| | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 08/07/2007 thru End;   Inmate: B14923;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B14923 Robinson, Cory**          **Housing Unit: DIX-SE-61-03**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/12/07 | Mail Room | 01 MO/Checks (Not Held) | 346228 | R200477850826 | Robinson, Denise | 50.00 | 101.12 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348115 | | P/R month of 11/2007 | 28.80 | 129.92 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80816184, DOC: 523 Fund Inmate, Inv. Date: 11/29/2007 | -.41 | 129.51 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80815880, DOC: 523 Fund Inmate, Inv. Date: 11/27/2007 | -.41 | 129.10 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80817781, DOC: 523 Fund Inmate, Inv. Date: 12/11/2007 | -1.14 | 127.96 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80818105, DOC: 523 Fund Inmate, Inv. Date: 12/13/2007 | -.82 | 127.14 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80818288, DOC: 523 Fund Inmate, Inv. Date: 12/14/2007 | -.97 | 126.17 |
| 12/17/07 | Mail Room | 01 MO/Checks (Not Held) | 351230 | R200477852883 | Robinson, Denise | 50.00 | 176.17 |
| 12/17/07 | Point of Sale | 60 Commissary | 351724 | 555962 | Commissary | -108.39 | 67.78 |
| 12/21/07 | Mail Room | 01 MO/Checks (Not Held) | 355228 | 026274138 | Robinson, Brenda | 50.00 | 117.78 |
| 12/21/07 | Disbursements | 88 Transcripts | 355315 | Chk #77642 | 88819655, Clerk Of The Court,   Inv. Date: 12/21/2007 | -30.00 | 87.78 |
| 01/07/08 | Point of Sale | 60 Commissary | 007747 | 557950 | Commissary | -65.21 | 22.57 |
| 01/16/08 | Payroll | 20 Payroll Adjustment | 016115 | | P/R month of 12/2007 | 28.80 | 51.37 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80819655, DOC: 523 Fund Inmate, Inv. Date: 12/21/2007 | -.41 | 50.96 |
| 01/17/08 | Disbursements | 81 Legal Postage | 017315 | Chk #78024 | 81818386, DOC: 523 Fund Inmate, Inv. Date: 12/17/2007 | -.41 | 50.55 |
| 01/17/08 | Disbursements | 81 Legal Postage | 017315 | Chk #78024 | 81820301, DOC: 523 Fund Inmate, Inv. Date: 12/27/2007 | -.41 | 50.14 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80821457, DOC: 523 Fund Inmate, Inv. Date: 01/09/2008 | -1.48 | 48.66 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80821870, DOC: 523 Fund Inmate, Inv. Date: 01/14/2008 | -.82 | 47.84 |
| 01/18/08 | Point of Sale | 60 Commissary | 018726 | 559472 | Commissary | -47.84 | .00 |
| 01/22/08 | Mail Room | 01 MO/Checks (Not Held) | 022228 | 100013851 | Amcore Bank | 75.00 | 75.00 |
| 01/29/08 | Mail Room | 01 MO/Checks (Not Held) | 029228 | 11636991944 | Robinson, Denise | 50.00 | 125.00 |
| 01/29/08 | Mail Room | 01 MO/Checks (Not Held) | 029228 | 11636991955 | Robinson, Denise | 50.00 | 175.00 |
| 02/05/08 | Point of Sale | 60 Commissary | 036726 | 561479 | Commissary | -159.34 | 15.66 |

| | | |
|---|---|---|
| Total Inmate Funds: | | 15.66 |
| Less Funds Held For Orders: | | .00 |
| Less Funds Restricted: | | 4.13 |
| Funds Available: | | 11.53 |
| Total Furloughs: | | .00 |
| Total Voluntary Restitutions: | | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 01/22/2008 | 80822626 | Disb | Postage 1/22/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/22/2008 | 90822536 | Disb | Medical Co-Pay-1/16/08-sick | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |

Date: 2/7/2008
Time: 10:34am
d_list_inmate_trans_statement_composite

**Dixon Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 3

REPORT CRITERIA - Date: 08/07/2007 thru End;   Inmate: B14923;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B14923 Robinson, Cory**                **Housing Unit: DIX-SE-61-03**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 01/24/2008 | 81822965 | Disb | Legal Postage 1/24/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/25/2008 | 80823211 | Disb | Postage 1/25/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.31 |
| | | | | **Total Restrictions:** | **$4.13** |