IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| United States of America ex rel. | ) | |
| CORY ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 1558 |
| | ) | |
| NEDRA CHANDLER, | ) | |
| Warden, Dixon Correctional Center, | ) | The Honorable |
| | ) | Joan B. Gottschall, |
| Respondent. | ) | Judge Presiding. |

_____

## MOTION FOR EXTENSION OF TIME

Respondent, NEDRA CHANDLER, hereby moves this Honorable Court for a thirty (30) day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from May 15, 2008 to and including June 14, 2008. An affidavit in support of this motion is attached hereto.

May 5, 2008                                                                 Respectfully submitted,

                                                                            LISA MADIGAN
                                                                            Attorney General of Illinois

                                                    By:    /s/ Sheri Wong
                                                            SHERI L. WONG, Bar No. 6291090
                                                            Assistant Attorney General
                                                            100 West Randolph Street, 12th Floor
                                                            Chicago, Illinois 60601-3218
                                                            TELEPHONE: (312) 814-3692
                                                            FAX: (312) 814-2253
                                                            E-MAIL: swong@atg.state.il.us

State of Illinois　　)
　　　　　　　　　　) ss.
County of Cook　　 )

## AFFIDAVIT

SHERI WONG, being first duly sworn upon oath, deposes and states as follows:

1. I am the Assistant Illinois Attorney General assigned to represent the respondent in this matter.

2. Respondent's answer or other responsive pleading to the instant federal habeas corpus petition currently is due to be filed on or before May 15, 2008.

3. Despite due diligence, respondent will be unable to file her answer or other responsive pleading on or before May 15, 2008.

4. Petitioner signed his habeas corpus petition on March 11, 2008, and the petition was filed on March 17, 2008.

5. On April 25, 2008, this Court ordered respondent to answer or otherwise plead to the petition within 20 days.

6. I was assigned to this matter on April 30, 2008 and immediately ordered the state court materials required by Rule 5 of the Rules Governing Section 2254 Cases and necessary to the drafting of an informed response to the instant petition, but I have not yet received all of these materials. Additional time also is required for the review of the response by supervisory attorneys.

7. This is respondent's first request for an extension of time in this matter.

8.     This motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

9.     Respondent respectfully requests that this Honorable Court grant his thirty (30) day motion for an extension of time to and including May 15, 2008, within which to file her answer or otherwise plead to the instant petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

By: /s/ Sheri Wong

SHERI L. WONG, Bar No. 6291090
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-3692
FAX: (312) 814-2253
E-MAIL: swong@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, I presented the attached **MOTION FOR EXTENSION OF TIME and AFFIDAVIT** to the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Cory Robinson, #B14923
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL 61021

                                          LISA MADIGAN
                                          Attorney General of Illinois

By:    <u>s/ Sheri L. Wong</u>
          Sheri L. Wong, Bar No. 6291090
          Assistant Attorney General
          100 West Randolph Street, 12th Floor
          Chicago, Illinois 60601-3218
          TELEPHONE: (312) 814-3692
          FAX: (312) 814-2253
          E-MAIL: swong@@atg.state.il.us