IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| United States of America ex rel. CORY ROBINSON, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 1558 |
| NEDRA CHANDLER, Warden, Dixon Correctional Center, | ) ) ) | The Honorable Joan B. Gottschall, |
| Respondent. | ) | Judge Presiding. |

_____

## NOTICE OF MOTION

On Thursday, May 15, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall, Room 2325, or any judge sitting in her stead, in the courtroom usually occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and present the attached Motion for Extension of Time.

May 5, 2008                                                                  Respectfully submitted,

                                                                             LISA MADIGAN
                                                                             Attorney General of Illinois

                                                             By:   /s/ Sheri L. Wong
                                                                   SHERI L. WONG, Bar No. 6291090
                                                                   Assistant Attorney General
                                                                   100 West Randolph Street, 12th Floor
                                                                   Chicago, Illinois 60601-3218
                                                                   TELEPHONE: (312) 814-3692
                                                                   FAX: (312) 814-2253
                                                                   E-MAIL: swong@atg.state.il.us

## CERTIFICATE OF SERVICE

 I hereby certify that on May 5, 2008 I presented the attached **Notice of Motion** to the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

 Cory Robinson, #B14923
 Dixon Correctional Center
 2600 N. Brinton Ave.
 Dixon, IL 61021


        LISA MADIGAN
        Attorney General of Illinois

By: /s/ Sheri L. Wong
   SHERI L. WONG, Bar No. 6291090
   Assistant Attorney General
   100 West Randolph Street, 12th Floor
   Chicago, Illinois 60601-3218
   TELEPHONE: (312) 814-3692
   FAX: (312) 814-2253
   E-MAIL: swong@atg.state.il.us