# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Cory Robinson

                Plaintiff,

v.                                              Case No.: 1:08−cv−01558
                                              Honorable Joan B. Gottschall

Nedra Chandler

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall: MOTION by Respondent Nedra Chandler for extension of time to answer or otherwise plead to petition for writ of habeas corpus, from May 15, 2008 to and including June 14, 2008 [11] is granted. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.