IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| United States of America ex rel.<br> CORY ROBINSON, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 08 C 1558 |
| NEDRA CHANDLER,<br> Warden, Dixon Correctional Center, | ) <br> ) <br> ) | The Honorable<br>Joan B. Gottschall, |
| Respondent. | ) | Judge Presiding. |

_____

## NOTICE OF MOTION

On Thursday, June 19, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall, Room 2325, or any judge sitting in her stead, in the courtroom usually occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and present the attached Motion to Dismiss.

June 11, 2008                                            Respectfully submitted,

                                                            LISA MADIGAN
                                                            Attorney General of Illinois

                              By:   /s/ Sheri L. Wong
                                                 SHERI L. WONG, Bar # 6291090
                                                 Assistant Attorney General
                                                 100 West Randolph Street, 12th Floor
                                                 Chicago, Illinois 60601-3218
                                                 TELEPHONE: (312) 814-3692
                                                 FAX: (312) 814-2253
                                                 E-MAIL: swong@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on June 11, 2008 I presented the attached **Notice of Motion** to the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

    Cory Robinson, #B14923
    Dixon Correctional Center
    2600 N. Brinton Ave.
    Dixon, IL 61021

                LISA MADIGAN
                Attorney General of Illinois

By:   /s/ Sheri L. Wong
       SHERI L. WONG, Bar # 6291090
       Assistant Attorney General
       100 West Randolph Street, 12th Floor
       Chicago, Illinois 60601-3218
       TELEPHONE: (312) 814-3692
       FAX: (312) 814-2253
       E-MAIL: swong@atg.state.il.us